■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE GIARDONO, Appellant. [633 NYS2d 434] —Appeal from a judgment of the County Court of Schenectady County (Feldstein, J.), rendered October 20, 1994, convicting defendant upon his plea of guilty of the crimes of grand larceny in the fourth degree and criminal impersonation in the second degree.

In satisfaction of a three-count indictment, defendant pleaded guilty to the crimes of grand larceny in the fourth degree and criminal impersonation in the second degree. He was sentenced to two concurrent terms of six months in jail and five years' probation. Defendant, who has completed his jail term, contends that the additional sentence of five years' probation is harsh and excessive given the nonviolent nature of the crime, defendant's relatively clean criminal record and his participation in alcohol counseling. We disagree. The record reveals that defendant has two prior alcohol-related convictions and that the sentence was in accordance with the plea agreement. In view of these considerations, we find no reason to disturb the sentence imposed by County Court.

Mikoll, J. P., Mercure, Casey, Yesawich Jr. and Peters, JJ., concur. Ordered that the judgment is affirmed.

■ In the Matter of GERALD GAINES, Petitioner, v GEORGE BARTLETT, as Superintendent of Elmira Correctional Facility, Respondent. [634 NYS2d 413] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Chemung County) to review a determination of respondent which found petitioner guilty of violating a prison disciplinary rule.

Petitioner, a prison inmate, challenges an administrative determination finding him guilty of violating a prison disciplinary rule prohibiting inmates from interfering with prison employees. Subsequent to his commencement of this CPLR article 78 proceeding, this determination was administratively reversed and all references expunged from petitioner's records. In view of this, we find that the matter is now moot and need not address the merits of petitioner's claims.

Mikoll, J. P., Crew III, White, Yesawich Jr. and Spain, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.